United States District Court
Southern District of Texas
**ENTERED**
May 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE MARTINEZ, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-00547 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

## **ORDER**

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on March 5, 2024 (Doc. #83) and Plaintiff Jose Martinez's Objections (Doc. #84). The Magistrate Judge's findings and conclusions are reviewed de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Notably, the Court finds that Plaintiff's objections are improper. "An objection must point out with particularity the alleged error in the Magistrate Judge's analysis. Otherwise, it does not constitute a proper objection and will not be considered." *Mejia v. Oster*, No. 2:23-cv-276, 2024 WL 1674121, at *1 (S.D. Tex. Apr. 18, 2024). Here, Plaintiff generally objects to some of Judge Ho's conclusions without specifying the particular errors that she allegedly made. *See* Doc. #84. This is likely due to the fact that Plaintiff's objections are largely copied from his Response to Defendant Deputy Louis Ybarra's ("Ybarra") Motion for Summary Judgment. *Compare* Doc. #79 *and* Doc. #84. Because Plaintiff's objections do not state with particularity the alleged errors in Judge Ho's analysis, the Court finds his objections improper.

Accordingly, Ybarra's Motion for Summary Judgment (Doc. #69) is hereby GRANTED, and Ybarra's Motion to Exclude Expert Testimony (Doc. #68) is DENIED AS MOOT. The Court will enter a final judgment concurrent with this Order.

It is so ORDERED.

_____APR 2 5 2024_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge